**SIGNED.**

Dated: June 20, 2005



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | Chapter 13 |
| | ) | |
| HATTIE E. WESLEY, | ) | CASE NO. 2-04-17122-RJH |
| | ) | |
| Debtor. | ) | |
| | ) | |
| GENERAL MOTORS ACCEPTANCE CORPORATION, | ) ) ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM DECISION ON |
| HATTIE E. WESLEY, Debtor; and RUSSELL A. BROWN, as Chapter 13 Trustee, | ) ) ) ) | VEHICLE VALUATION |
| | ) | |
| Respondents. | ) | |

The Court has carefully reviewed the declarations and attached exhibits that were received in evidence at the evidentiary hearing on valuation.

As to the date of valuation, at least in the case, the Court will follow Judge Hollowell's decision in *Marquez*[1] and value the vehicle as of the petition date. The Court will utilize the date of the petition commencing this pending case, rather than the date of the petition commencing a prior Chapter 13 case as GMAC urges, because depreciation from the prior case should have been covered by adequate protection payments in that case.

The parties could not adequately explain the differences between the Kelly Blue

---

[1] *In re Marquez*, 270 B.R. 761, 767-68 (Bankr. D. Ariz. 2001). *But see Liberty Nat'l Ent. v. Ambanc La Mesa, Ltd. Partnership*, 115 F.3d 650 (9th Cir. 1997).

Book numbers they arrived at. The Court will adopt those derived from the hard copy Blue Book that is available in public libraries as the more reliable, for two reasons. First, because those figures are generally available to the public, they should be more reflective of and more determinative of the market then are some Blue Book numbers that are available only to dealers and financiers. Second, the Karpower figures lack credibility in reporting a retail value for a one year old used vehicle to be almost a thousand dollars more than was paid for it the prior year, when new.

Using the hard copy Kelly Blue Book figures for September-October, 2004, the Court finds and concludes that the value of the vehicle should be the midpoint between wholesale and retail, which is $18,950.

DATED AND SIGNED ABOVE



Copy of the foregoing faxed
this 20th day of June, 2005, to:

Tim Coker, Esq.
637 North 3rd Avenue
Phoenix, AZ 85003
Attorney for Debtor
Fax: (602) 258-2664

Amanda J. Vaught, Esq.
Waterfall, Economidis, Caldwell,
   Hanshaw & Villamana, P.C.
5210 East Williams Circle, Suite 800
Tucson, AZ 85711
Attorneys for General Motors Acceptance Corporation
Fax: (520) 745-1279

 /s/ Pat Denk
Judicial Assistant